UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Hollywood Fashion Tape, Inc., | Civil File No. 14-cv-2863 (ADM/FLN) |
| Plaintiff, | |
| v. | |
| Beauty Union Global Ltd., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL**

The parties having reached a settlement, Plaintiff Hollywood Fashion Tape, Inc. hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:                                    s/ Lora M. Friedemann
                                          Lora M. Friedemann (#259615)
                                          FREDRIKSON & BYRON, P.A.
                                          200 South Sixth Street, Suite 4000
                                          Minneapolis, Minnesota 55402-1425
                                          (612) 492-7000 (tel.)
                                          (612) 492-7077 (fax)

                                          *Attorneys for Hollywood Fashion Tape, Inc.*

52196757_1.DOC